UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
                                                                                                        :

MICHAEL KLEIN,                                                     :

                       Plaintiff,                          :

        - against –                            :
                                                   :   No. 13-cv-05591-ADS-GRB

BIOHORIZONS IMPLANT SYSTEMS, INC.,    :

                                                  :   **STIPULATION**

                     Defendant.                     :
------------------------------------------------------------------------x

        IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the time of defendant BioHorizons Implant Systems, Inc. to answer, move against, or otherwise respond to the complaint in this action is extended to and including December 6, 2013.

        There has been no previous request for an extension of time.

2877258.1

   This stipulation may be executed in counterparts and facsimile signatures may be deemed originals for all purposes.

Dated: New York, New York
   November 1, 2013

| GARVEY SHUBERT BARER | FRIEDMAN KAPLAN SEILER & ADELMAN LLP |
|---|---|
| By: /s/ Maurice W. Heller, Esq. | By: /s/ Jeffrey R. Wang, Esq. |
|   Maurice W. Heller, Esq., |   Jeffrey R. Wang, Esq. |
|   Ella Aiken, Esq. |   Andrew M. Englander, Esq. |
|   100 Wall Street |   7 Times Square |
|   20th Floor |   New York, New York 10036 |
|   New York, New York  10005 |   (212) 833-1100 |
|   (212) 965-4530 | |
| *Attorneys for Plaintiff Michael Klein* | *Attorneys for Defendant BioHorizons Implant Services, Inc.* |

SO ORDERED:

_____  Dated: _____, 2013
Hon. Arthur D. Spatt, U.S.D.J.